UWMA_0974688_10200_DEC_20170317_____C_UWMA

## DWELLING PROPERTY RENEWAL POLICY DECLARATIONS CERTIFICATE
### MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (800)932-6717

**POLICY NUMBER**
[REDACTED]

**POLICY PERIOD**
From 3/15/2017 To 3/15/2018
12:01 AM Standard time at the described location.

**NAMED INSURED & MAILING ADDRESS**

PAUL & RUTH FRANCIS
410 HIGHLAND ST
MILTON, MA   02186

Described Location:
26 WENTWORTH TERR., DORCHESTER, MA   02124

**PRODUCER**

EDWARD L. WARREN INSURANCE AGENCY, INC.
764 BLUE HILL AVE.
DORCHESTER, MA   02124

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions.
This insurance applies to the Described Location, Coverage for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated.

| COVERAGES: | | LIMIT OF LIABILITY | PERILS INSURED AGAINST: | PREMIUM |
|---|---|---|---|---|
| A | Dwelling | $751,000 | FIRE | $2,144 |
| D | Fair Rental Value | $4,000 | EXTENDED COVERAGE | $717 |
| | | | VANDALISM OR MALICIOUS MISCHIEF | $69 |
| | | | **TOTAL BASE PREMIUM** | **$2,930** |

**DEDUCTIBLE: $250 ALL PERILS EXCEPT $5,000 FOR WINDSTORM OR HAIL.**

We cover only that part of the loss over the deductible stated.

**FORM & ENDORSEMENTS made part of this policy at the time of issue.**

| | | | |
|---|---|---|---|
| DED ADJ | 12/96 | DEDUCTIBLE ADJUSTMENT | -$164 |
| DP 00 01 | 12/02 | BASIC FORM | |
| DP 01 20 | 6/04 | SPECIAL PROVISIONS - MASSACHUSETTS | |
| DP 04 22 | 12/02 | LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE | |
| | | Limit: $10,000 | |
| DP 04 97 | 2/06 | TENANTS RELOCATION EXPENSE - MASSACHUSETTS | $12 |
| | | Number of Rented Units: 3 | |
| DP 05 38 | 11/03 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM; | |
| | | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002 | |
| | | TERRORISM PREMIUM (CERTIFIED ACTS) | $0 |
| DP 16 10 | 1/09 | WATER EXCLUSION ENDORSEMENT | |
| DP FP | 12/09 | SPECIAL ENDORSEMENT | |
| TRIA DP | 1/04 | TERRORISM COVERAGE DISCLOSURE NOTICE (MUA) | |
| | | **TOTAL PREMIUM ADJUSTMENT** | **-$152** |
| | | **TOTAL ANNUAL PREMIUM** | **$2,778** |

**MORTGAGEE**

CITIMORTGAGE INC
ISAOA
P.O. BOX 7706
SPRINGFIELD, OH   45501
0012309078

RATING INFORMATION    3 FAMILY    Tenant Occupied    Frame    TERRITORY   11   PROTECTION    01

This policy shall not be valid unless countersigned by us:    Boston, Massachusetts    3/17/2017    Countersigned: *[signature] James H. Pappas*

UMADWCR    Dwelling - MA    **INSURED COPY**

# DWELLING PROPERTY RENEWAL POLICY DECLARATIONS CERTIFICATE
## MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
Two Center Plaza, Boston, Massachusetts 02108-1904
(517)723-3800, (800)392-6108, FAX (800)932-6717

POLICY NUMBER

POLICY PERIOD
From 8/29/2016 To 8/29/2017
12:01 AM Standard time at the described location.

NAMED INSURED & MAILING ADDRESS
PAUL & RUTH FRANCIS
410 HIGHLAND ST
MILTON, MA 02186

PRODUCER
EDWARD L. WARREN INSURANCE AGENCY, INC.
764 BLUE HILL AVE.
DORCHESTER, MA 02124

Described Location:
156-156A NORFOLK ST., DORCHESTER, MA 02124

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions.
This insurance applies to the Described Location, Coverage for which a Limit of Liability is shown and Perils Insured Against for which a Premium
is stated.

| COVERAGES: | LIMIT OF LIABILITY | PERILS INSURED AGAINST: | PREMIUM |
|---|---|---|---|
| A Dwelling | $325,000 | FIRE | $756 |
| D Fair Rental Value | $12,000 | EXTENDED COVERAGE | $336 |
| | | VANDALISM OR MALICIOUS MISCHIEF | $30 |
| | | TOTAL BASE PREMIUM | $1,122 |

**DEDUCTIBLE: $500 ALL PERILS EXCEPT $2,000 FOR WINDSTORM OR HAIL.**
We cover only that part of the loss over the deductible stated.

**FORM & ENDORSEMENTS** made part of this policy at the time of issue.

| | | | |
|---|---|---|---|
| DED ADJ | 12/96 | DEDUCTIBLE ADJUSTMENT | -$102 |
| DP 00 01 | 12/02 | BASIC FORM | |
| DP 01 20 | 6/04 | SPECIAL PROVISIONS - MASSACHUSETTS | |
| DP 04 22 | 12/02 | LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE Limit: $10,000 | |
| DP 04 97 | 2/06 | TENANTS RELOCATION EXPENSE - MASSACHUSETTS Number of Rented Units: 2 | $8 |
| DP 05 38 | 11/03 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM; DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002 TERRORISM PREMIUM (CERTIFIED ACTS) $0 | $0 |
| DP 16 10 | 1/09 | WATER EXCLUSION ENDORSEMENT | |
| DP FP | 12/09 | SPECIAL ENDORSEMENT | |
| TRIA DP | 1/04 | TERRORISM COVERAGE DISCLOSURE NOTICE (MUA) | |

TOTAL PREMIUM ADJUSTMENT -$94
TOTAL ANNUAL PREMIUM $1,028

RATING INFORMATION: 2 FAMILY  Tenant Occupied        Frame        TERRITORY 11  PROTECTION 01

This policy shall not be valid        Boston,
unless countersigned by us:        Massachusetts        8/29/2016        Countersigned: *James H Pappas*

UMADWCR        Dwelling - MA        PRODUCER COPY

# HOMEOWNERS RENEWAL POLICY DECLARATIONS CERTIFICATE
## MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (800)932-6717

**POLICY NUMBER**

**POLICY PERIOD**
From 2/21/2017 To 2/21/2018
12:01 AM Standard time at the residence premises.

**NAMED INSURED & MAILING ADDRESS**
PAUL & RUTH FRANCIS
410 HIGHLAND ST
MILTON, MA   02186

**PRODUCER**
EDWARD L. WARREN INSURANCE AGENCY, INC.
764 BLUE HILL AVE.
DORCHESTER, MA   02124

THE RESIDENCE PREMISES COVERED BY THIS POLICY IS LOCATED AT:
410 HIGHLAND ST, MILTON, MA   02186

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions.
Coverage is provided where a Premium or Limit of Liability is shown for the Coverage.

| SECTION I COVERAGES: | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|
| A  Dwelling | $789,000 | $3,879 |
| B  Other Structures | $78,900 | |
| C  Personal Property | $394,500 | |
| D  Loss of Use | $236,700 | |

| SECTION II COVERAGES: | | |
|---|---|---|
| E  Personal Liability - each occurrence | $500,000 | $24 |
| F  Medical Payments to Others - each person | $1,000 | |
| | TOTAL BASE PREMIUM | $3,903 |

**DEDUCTIBLE - SECTION I:**  $250  EXCEPT  $5,000   FOR WINDSTORM OR HAIL.

**FORM & ENDORSEMENTS** made part of this policy at the time of issue.

| | | | |
|---|---|---|---|
| DED ADJ | 10/00 | DEDUCTIBLE ADJUSTMENT | -$233 |
| HO 00 03 | 10/00 | SPECIAL FORM | |
| HO 01 20 | 9/01 | SPECIAL PROVISIONS - MASSACHUSETTS | |
| HO 04 27 | 4/02 | LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE | |
| | | Section I   $10,000 | |
| | | Section II  $50,000 | |
| HO 04 96 | 10/00 | NO SECTION II-LIABILITY FOR HOME DAY CARE COVERAGES | |
| HO 16 10 | 1/09 | WATER EXCLUSION ENDORSEMENT | |
| HO 24 41 | 9/01 | LEAD POISONING EXCLUSION - MASSACHUSETTS | |
| HO FP | 12/01 | SPECIAL ENDORSEMENT | |

TOTAL PREMIUM ADJUSTMENT   -$233
TOTAL ANNUAL PREMIUM   $3,670

**MORTGAGEE**
DITECH FINANCIAL LLC
ITS AFFILIATES AND/OR ASSIGNS
PO BOX 979282
MIAMI, FL   33197
82893014

RATING INFORMATION: 1 FAMILY          Frame          TERRITORY 31   PROTECTION 03

This policy shall not be valid      Boston,
unless countersigned by us:         Massachusetts       2/14/2017        Countersigned:

**UMAHOCR**          Homeowners - MA          **INSURED COPY**

# DWELLING PROPERTY RENEWAL POLICY DECLARATIONS CERTIFICATE
## MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (800)932-6717

**POLICY NUMBER**
[redacted]

**POLICY PERIOD**
From 10/18/2016 To 10/18/2017
12:01 AM Standard time at the described location.

**NAMED INSURED & MAILING ADDRESS**
PAUL & RUTH FRANCIS
410 HIGHLAND ST
MILTON, MA    02186

**PRODUCER**
EDWARD L. WARREN INSURANCE AGENCY, INC.
764 BLUE HILL AVE.
DORCHESTER, MA    02124

Described Location:
**37 WOLCOTT ST, DORCHESTER, MA    02124**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions.
This insurance applies to the Described Location, Coverage for which a Limit of Liability is shown and Perils Insured Against for which a Premium
is stated.

| COVERAGES: | LIMIT OF LIABILITY | PERILS INSURED AGAINST: | PREMIUM |
|---|---|---|---|
| A Dwelling | $390,000 | FIRE | $1,441 |
| | | EXTENDED COVERAGE | $513 |
| | | VANDALISM OR MALICIOUS MISCHIEF | $35 |
| | | **TOTAL BASE PREMIUM** | **$1,989** |

**DEDUCTIBLE: $250 ALL PERILS   EXCEPT   $2,000   FOR WINDSTORM OR HAIL.**
We cover only that part of the loss over the deductible stated.

**FORM & ENDORSEMENTS made part of this policy at the time of issue.**

| | | | |
|---|---|---|---|
| DED ADJ | 12/96 | DEDUCTIBLE ADJUSTMENT | -$97 |
| DP 00 01 | 12/02 | BASIC FORM | |
| DP 01 20 | 6/04 | SPECIAL PROVISIONS - MASSACHUSETTS | |
| DP 04 22 | 12/02 | LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE  Limit: $10,000 | |
| DP 04 97 | 2/06 | TENANTS RELOCATION EXPENSE - MASSACHUSETTS  Number of Rented Units: 2 | $8 |
| DP 05 38 | 11/03 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM; DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002  TERRORISM PREMIUM (CERTIFIED ACTS)    $0 | $0 |
| DP 16 10 | 1/09 | WATER EXCLUSION ENDORSEMENT | |
| DP FP | 12/09 | SPECIAL ENDORSEMENT | |
| TRIA DP | 1/04 | TERRORISM COVERAGE DISCLOSURE NOTICE (MUA) | |

**TOTAL PREMIUM ADJUSTMENT**    -$89
**TOTAL ANNUAL PREMIUM**    $1,900

**MORTGAGEE**
OCWEN LOAN SERVICING, LLC
ISAOA
PO BOX 659826
SAN ANTONIO, TX   78265
22200988

**RATING INFORMATION:** 2 FAMILY   Tenant Occupied        Frame            TERRITORY 04   PROTECTION 01

This policy shall not be valid        Boston,
unless countersigned by us:    Massachusetts        10/20/2016      Countersigned:    *James H. Pappas*

**UMADWCR**            Dwelling - MA                            **INSURED COPY**