**United States Bankruptcy Court**
**District of Massachusetts**

| | | | |
|---|---|---|---|
| In re | Paul Francis | Case No. | 17-12708 |
| | Debtor(s) | Chapter | 13 |

# MOTION TO CONVERT TO CHAPTER 11 OF THE BANKRUPTCY CODE

Now Comes Debtor and respectfully requests that this Court allows him to convert his case to a petition under Chapter 11 of the Bankruptcy Code as follows"

1) Debtor filed his petition to reorganize mortgage debts owed in several properties owned by him.
2) Debtor is over the Chapter 11 debt limits pursuant to 109(e) of the Bankruptcy Code.
3) Debtor has informed Counsel that he is willing and able to become a Chapter 11 debtor and meet the requirements of an individual debtor in such Chapter 11.
4) Debtor, on September 1, 2017, has deposited the required conversion fee in Counsel's IOLTA account.

WHEREFORE, Debtor prays for this Court to allow the conversion from Chapter 13 to Chapter 11 and for such additional or alternative relief as may be just and proper.

Dated: Friday, September 01, 2017

/s/ Paul Francis

Paul Francis

Debtor

Through Counsel

/s/Carmenelisa Perez-Kudzma

Carmenelisa Perez-Kudzma (BBO 633520)
Perez-Kudzma Law Office, P.C.
413 Boston Post Road
Weston, MA 02493
781-209-5596
info@pklolaw.com

**United States Bankruptcy Court**
**District of Massachusetts**

| | | | |
|---|---|---|---|
| In re | Paul Francis | Case No. | 17-12708 |
| | Debtor(s) | Chapter | 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 1, 2017**, a copy of **Motion to Convert** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Citibank Sd, Na**
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

**Citimortgage Inc**
15851 Clayton Rd
Ballwin, MO 63011

**CitiMortgage, Inc.**
P.O. Box 790005
Saint Louis, MO 63179-0005

**City of Boston, Treasury Department**
Bankruptcy Coordinator Room M-5
City Hall Square
Boston, MA 02201

**Ditech Financial Llc**
332 Minnesota St Ste 610
Saint Paul, MN 55101

**Korde & Associates, P.C.**
900 Chelmsford St
Suite 3102
Lowell, MA 01851

**Ocwen Loan Servicing, LLC**
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409

**Ruth Francis**
410 Highland St
Milton, MA 02186

**/s/ Carmenelisa Perez-Kudzma**
**Carmenelisa Perez-Kudzma 633520**
**Perez-Kudzma Law Office, P.C.**
**413 Boston Post Rd**
**Weston, MA 02493**
**Tel: 781-209-5596**
**Fax:781-314-8174**
**info@pklolaw.com**