UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Paul Francis                                       **Case/AP Number** 17-12708 **-FJB**
                                                              **Chapter** 11

#1 Voluntary Petition Filed by Paul Francis.

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status Conference held. The Debtor has agreed to entry of an order requiring it to file a Disclosure Statement and Chapter 11 Plan by 4:30 P.M. on January 26, 2017.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____ Dated: 10/05/2017
Frank J. Bailey
United States Bankruptcy Judge