UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Paul Francis

**Case/AP Number** 17-12708 **-FJB**
**Chapter** 11

#60 Order dated 10/5/2017 Re: [1] Voluntary Petition. STATUS CONFERENCE HELD. THE DEBTOR HAS AGREED TO ENTRY OF AN ORDER REQUIRING IT TO FILE A DISCLOSURE STATEMENT AND CHAPTER 11 PLAN BY 4:30 P.M. ON JANUARY 26, 2018. (jreg)

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice         _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: At the status conference of 10/5/2017, the Debtor committed to filing a plan and disclosure statement on or before January 26, 2018.  No plan or disclosure statement has been filed to date.  On or before Feburary 12, 2018, the Debtor shall file a plan and disclosure statement.

IT IS SO ORDERED:

_____ Dated: 01/29/2018
Frank J. Bailey
United States Bankruptcy Judge