UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Paul Francis

**Case/AP Number** 17-12708 **-FJB**
**Chapter** 11

#72 Order dated 1/29/2018 Re: [60] Order dated 10/5/2017. AT THE STATUS CONFERENCE OF 10/5/2017, THE DEBTOR COMMITTED TO FILING A PLAN AND DISCLOSURE STATEMENT ON OR BEFORE JANUARY 26, 2018. NO PLAN OR DISCLOSURE STATEMENT HAS BEEN FILED TO DATE. ON OR BEFORE FEBURARY 12, 2018, THE DEBTOR SHALL FILE A PLAN AND DISCLOSURE STATEMENT. (jreg)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by_____

_____Stipulation to be submitted by_____

_____No appearance by_____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER TO SHOW CAUSE:  The debtor having been order to file a plan and disclosure statement on or before February 12, 2018, and the debtor having failed to do so, the debtor is hereby ordered to show cause in writing why this case should not be dismissed under 11 U.S.C. 1112(b)(1) and (b)(4)(J).  The debtor's response to this order shall be filed on or before March 7, 2018; a hearing on this order will be held on March 20, 2018, at 11:00 a.m., but if no objection is filed, the court may dismiss the case without a hearing.

IT IS SO ORDERED:

*Frank J. Bailey*

_____ Dated: 02/13/2018
Frank J. Bailey
United States Bankruptcy Judge