UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>PAUL FRANCIS,<br><br>                Debtor | Chapter 11<br>Case No. 17-12708-FJB |

**UNITED STATES TRUSTEE'S
SUPPLEMENT TO MOTION TO CONVERT DEBTOR'S
CHAPTER 11 CASE TO CHAPTER 7
(WITH CERTIFICATE OF SERVICE)**

The United States Trustee supplements his January 30, 2018 motion *(Docket #73)* ("Motion") to convert the chapter 11 case of Paul Francis to chapter 7 as follows:

**Background**

The United States Trustee moved to convert Mr. Francis' case to chapter 7 for "cause" under 11 U.S.C. § 1112(b)(4)(E) (failure to comply with an order of the Court), (H) (failure to provide information reasonably requested by the United States Trustee), (J) (failure to file a disclosure statement and plan by a Court-ordered deadline), (K) (failure to pay any fees and charges required under chapter 123 of title 28) and, separately, for delay. He argued that conversion was in the best interest of creditors and the estate under 11 U.S.C. § 1112(b)(1). *Motion*.

**Supplement**

Since January 30, two new issues have arisen.

First, Mr. Francis has failed to provide the United States Trustee with updated insurance on one of his real properties, 410 Highland Street, Milton, MA 02186. The extant policy expired on February 21. He has not responded to the United States Trustee's requests for evidence of renewal.

Second, Mr. Francis has failed to cooperate with audit requests originating in his chapter 13 case. *See* Docket entries at September 20, 2017 and February 12, 2018 (Noting that "The audit was not completed because the debtor did not respond with the auditors requests for information . . . ."). *Compare* 11 U.S.C. § 727(d)(4).

The United States Trustee submits that these facts constitute additional "cause" under 11 U.S.C. §1112(b)(4), including subsection (C) (failure to maintain appropriate insurance that poses a risk to the estate or the public).

**REQUESTED RELIEF**

For these reasons, as well as those set forth in the Motion, the United States Trustee requests that the Court enter orders: 1) converting Mr. Francis' chapter 11 case to chapter 7; and 2) granting him all such other and further legal and equitable relief to which he may be entitled.

                    Respectfully submitted,

                    WILLIAM K. HARRINGTON
                    UNITED STATES TRUSTEE
                    REGION 1

By:   */s/ Eric K. Bradford*
       Eric K. Bradford BBO#560231
       United States Department of Justice
       John W. McCormack Post Office & Courthouse
       5 Post Office Square, 10th Floor, Suite 1000
       Boston, MA 02109-3934
       PHONE:   (617) 788-0415
       FAX:       (617) 565-6368
       Eric.K.Bradford@USDOJ.gov

Dated:  March 6, 2018.

# CERTIFICATE OF SERVICE

    I certify that on March 6, 2018, true and correct copies of the foregoing supplement were served via CM/ECF only upon the individuals who have filed notices of appearance in the Court's CM/ECF database, including Mr. Francis' attorney, who is identified below.

> WILLIAM K. HARRINGTON
> UNITED STATES TRUSTEE
> REGION 1
>
> By:   */s/ Eric K. Bradford*
> Eric K. Bradford BBO#560231
> United States Department of Justice
> John W. McCormack Post Office & Courthouse
> 5 Post Office Square, 10th Floor, Suite 1000
> Boston, MA 02109-3934
> PHONE:   (617) 788-0415
> FAX:   (617) 565-6368
> Eric.K.Bradford@USDOJ.gov

Dated: March 6, 2018.

**BY CM/ECF:**

John Houton on behalf of Creditor City of Boston Treasury Department
John.Houton@cityofboston.gov

Richard T. Mulligan on behalf of Creditor CitiMortgage, Inc.
mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com

Carmenelisa Perez-Kudzma on behalf of Debtor Paul Francis
carmenelisa@pklolaw.com, evan@pklolaw.com

Marcus Pratt on behalf of Creditor U.S. Bank National Association as Trustee for the Holders of the JPMorgan Alternative Loan Trust 2006-S3 Mortgage Pass-Through Certificates
bankruptcy@KORDEASSOC.COM