UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Paul Francis

**Case/AP Number** 17-12708 **-FJB**
**Chapter** 11

#73 Motion filed by U.S. Trustee to Convert Case to Chapter 7. (Bradford, Eric)
#84 Opposition filed by the Debtor Paul Francis. (Perez-Kudzma, Carmenelisa)

Objections due 3/7/2018 by 4:30 P.M.

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons set forth on the record and it being in the best interest of creditors and the estate, the motion to convert case to a case under chapter 7 [#73], as supplemented by the additional motion [#83], is allowed. To avoid any doubt, the United States Trustee made an offer of proof that cause for conversion under 11 U.S.C. sect. 1112(b) exists and counsel for the debtor could not contest those assertions.  Among other things, the Debtor could not establish that he has maintained sufficient insurance on the Milton property [11 U.S.C. sect. 1112(b)(4)(C)], has failed to timely provide information reasonably requested by the US Trustee [sect 1112(b)(4)(H)], has failed to pay reasonable fees required under the Code [sect. 1112(b)(4)(K)], and has failed to abide by orders of the court, namely has failed to file a plan and disclosure statement by the date set by the court [sect. 1112(b)(4)(E)].

IT IS SO ORDERED:

*Frank J Bailey* (signature)

_____ Dated: 03/20/2018
Frank J. Bailey
United States Bankruptcy Judge