**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
Proceeding Memorandum/Order

**In Re:** Paul Francis                                    **Case/AP Number** 17-12708 **-FJB**
                                                          **Chapter** 11

#77 Order to Show Cause what this case should not be dismissed Under 11 U.S.C. 1112(B)(1) and (B)(4)(J).

#85 Response filed by the Debtor Paul Francis. (Perez-Kudzma, Carmenelisa)

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved         _____Moot

_____Denied          _____Denied without prejudice       _____Withdrawn in open court

_____Overruled       _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. See order of same date converting case to chapter 7.

                                    IT IS SO ORDERED:

                                    *Frank J Bailey* (signature)
                                    _____Dated: 03/20/2018
                                    Frank J. Bailey
                                    United States Bankruptcy Judge