**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| | |
|---|---|
| In Re:<br>Paul Francis | Case Number 17-12708<br>Chapter 7 |

**MOTION OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-S3 MORTGAGE PASS-THROUGH CERTIFICATES AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

Now comes U.S. Bank National Association as Trustee for J.P. Morgan Alternative Loan Trust 2006-S3 Mortgage Pass-Through Certificates and/or its successors and assigns ("Secured Creditor") and hereby moves this Court pursuant to 11 U.S.C. § 362 and Fed. R. Bankr. R. 4001 for Relief from the Automatic Stay so as to permit it to enforce any and all applicable rights and remedies against Paul Francis (hereinafter referred to as the "Debtor") including, but not limited to, a foreclosure sale on certain mortgaged property which is located at *37 Wolcott Street, Boston, MA 02121* (the "Property") and consists of a lot of land with residence thereon.

In support of this Motion, Secured Creditor states the following:

1. The Debtor's Chapter 13 Petition was filed on July 21, 2017. The case was thereafter converted to a Chapter 11 Petition on September 26, 2017 and further converted to a Chapter 7 Petition on March 20, 2018.

2. The Property is encumbered by a first mortgage given by the Debtor and non-debtor, co-mortgagor Ruth Francis to Mortgage Electronic Registration Systems, Inc. acting solely as nominee for GreenPoint Mortgage Funding, Inc. (the "Mortgage"). Said Mortgage is dated May 5, 2006 and is recorded in Suffolk County Registry of Deeds in Book 39669, Page 169 (the "Mortgage"). A copy of the Mortgage is attached hereto and is marked <u>Exhibit A</u>. Secured Creditor is the current holder of the Mortgage.

3. Said Mortgage secures a promissory note given by the Debtor to GreenPoint Mortgage Funding, Inc. in the original principal amount of $388,800.00 (the "Note"). Secured Creditor or its custodian and/or agent is, as of the date hereof, in possession of the Note. Secured Creditor is an entity entitled to enforce the Note. A copy of the Note is attached hereto and is marked <u>Exhibit B</u>.

4. As stated above, the Mortgage was originally given to Mortgage Electronic Registration Systems, Inc. and was thereafter assigned to Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP FKA Countrywide Home Loans Servicing LP. A copy of said assignment is attached hereto

as <u>Exhibit C</u>. The Mortgage was further assigned from Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP FKA Countrywide Home Loans Servicing LP to Secured Creditor. A copy of said assignment is attached hereto as <u>Exhibit D</u>. Ocwen Loan Servicing, LLC is the current servicer for this loan on behalf of Secured Creditor.

5. The amount owed on the Mortgage is approximately $407,184.63 including principal, interest (through April 16, 2018), late fees, and attorney fees and costs. The monthly payments are currently $1,664.74 and this Mortgage is now in arrears for failure to pay principal and interest. Mortgage payments are presently due for January 1, 2018 through and including April 1, 2018.

6. Upon information and belief, a Declaration of Homestead has not been recorded with respect to this property.

7. Upon information and belief, the Property is subject to the following encumbrances:

| Lien Holder | Type of Lien | Amount Owed | Priority |
|---|---|---|---|
| Secured Creditor | 1st Mortgage | $407,184.63 | n/a |
| U.S. Bank National Association c/o Ocwen Loan Servicing, LLC | Junior Mortgage | $40,365.54 | No |

Total: $447,550.17

8. According to the Debtor's Schedules the fair market value of the property is $518,500.00. For purposes of this Motion only, it is Secured Creditor's opinion that the liquidation value of the premises is $484,525.64 calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($2,364.36); and anticipated closing costs incurred for a real estate closing ($500.00).

9. Secured Creditor believes that the Debtor has some equity in the property based on the amount currently due Secured Creditor as described above totaling approximately $447,550.17 and the liquidation value of the Property.

10. There is no other collateral securing Debtor's obligation to Secured Creditor.

11. This Motion is brought for cause under 11 U.S.C. § 362 given that, among other things, any protection Secured Creditor may have is quickly eroding and the Property is not necessary to an effective reorganization. Accordingly, Secured Creditor requests that this Court grant relief from the automatic stay in order to proceed with its applicable rights and remedies, including but not limited to a foreclosure sale on the premises and an eviction proceeding should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale.

17-030114 / BK02

12. Secured Creditor further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Secured Creditor also requests that it be allowed to contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

**WHEREFORE**, Secured Creditor respectfully requests that the Court:

(1) Grant Secured Creditor and its successors and/or assigns relief from the 11 U.S.C. § 362 automatic stay for the purpose of exercising its various non-bankruptcy rights and remedies including and without limitation:

   a. Taking possession of the Property, obtaining a deed-in-lieu of foreclosure and/or foreclosing the Mortgage at issue; and
   b. Taking such action as may be necessary to evict the Debtor and/or any occupant from the Property.

(2) Waive the fourteen-day stay of relief pursuant to Federal Bankruptcy Rule 4001(a)(3); and

(3) Order such further relief as this Court deems just and proper.

In accordance with Local Rules, Secured Creditor requests that this Motion be allowed without a hearing unless an objection is timely filed.

Dated: April 19, 2018

>Respectfully submitted,
>U.S. Bank National Association as Trustee for J.P. Morgan Alternative Loan Trust 2006-S3 Mortgage Pass-Through Certificates
>By its attorney,
>
>/s/ Julie A. Ranieri
>Julie A. Ranieri, Esquire
>BBO# 655936
>Korde & Associates, P.C.
>900 Chelmsford Street, Suite 3102
>Lowell, MA 01851
>Tel: (978) 256-1500
>bankruptcy@kordeassociates.com

17-030114 / BK02

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| In Re:<br>Paul Francis | Case Number 17-12708<br>Chapter 7 |
|---|---|

**ORDER ON THE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-S3 MORTGAGE PASS-THROUGH CERTIFICATES AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

At Boston in said District, on the _____ day of _____, 2018, on the Motion of U.S. Bank National Association as Trustee for J.P. Morgan Alternative Loan Trust 2006-S3 Mortgage Pass-Through Certificates and/or its successors and assigns ("Secured Creditor") after notice to all parties on the Secured Creditor's Certificate of Service, it is hereby

ORDERED AND DECREED:

1. Secured Creditor is granted Relief from the Automatic Stay imposed pursuant to 11 USC § 362(a) on the filing of the Petition for Relief.

2. Secured Creditor and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and/or federal law, including but not limited to a foreclosure of the mortgage it holds on real estate located at *37 Wolcott Street, Boston, MA 02121*, which mortgage is dated May 5, 2006 and recorded in Suffolk County Registry of Deeds in Book 39669, Page 169 (the "Mortgage"). A copy of such mortgage was attached to the Motion for Relief at issue. Further, Secured Creditor is authorized to proceed with its eviction rights in accordance within applicable law with respect to such Property should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale.

3. Secured Creditor and/or its successors, assigns, and servicer may, at its option offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Secured Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

_____
Honorable Judge Bailey
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| In Re:<br>Paul Francis | Case Number 17-12708<br>Chapter 7 |
|---|---|

**CERTIFICATE OF SERVICE**

    I, Julie A. Ranieri, Attorney for **U.S. Bank National Association as Trustee for J.P. Morgan Alternative Loan Trust 2006-S3 Mortgage Pass-Through Certificates and/or its successors and assigns** hereby certify that on April 19, 2018 I electronically filed the foregoing *Motion for Relief and Proposed Order* with the United States Bankruptcy Court for the District of MA using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
John O. Desmond, Trustee
Carmenelisa Perez-Kudzma, Esquire

    I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Paul Francis
37 Wolcott Street
Boston, MA 02121

Paul Francis
410 Highland Street
Milton, MA 02186

Ruth Francis
37 Wolcott Street
Boston, MA 02121

Ruth Francis
410 Highland Street
Milton, MA 02186

Tax Collector:
City of Boston, MA
One City Hall Square
Boston, MA 02201

U.S. Bank National Association
c/o Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

        /s/ Julie A. Ranieri
        Julie A. Ranieri, Esquire
        BBO# 655936
        Korde & Associates, P.C.
        900 Chelmsford Street, Suite 3102
        Lowell, MA 01851
        Tel: (978) 256-1500
        bankruptcy@kordeassociates.com