04/27/2018. No objections filed. The Chapter 7 Trustee's application to employ Murtha Cullina LLP as counsel is hereby granted.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | CHAPTER 7 |
| PAUL FRANCIS, ) | CASE NO.  17-12708-FJB |
| ) | |
| ) | |
| Debtor ) | |

**CHAPTER 7 TRUSTEE'S APPLICATION FOR**
**AUTHORITY TO EMPLOY MURTHA CULLINA LLP AS COUNSEL**

Pursuant to Section 327 of the Bankruptcy Code, Fed. R. Bank. P. 2014 and MLBR 2014-1, John O. Desmond, the duly-appointed Chapter 7 Trustee for the above-captioned bankruptcy estate (the "Trustee") hereby requests the entry of an Order authorizing the Trustee to employ the law firm of Murtha Cullina LLP as his counsel.

In support of this Application, the Trustee respectfully states:

1.  On July 21, 2017, Paul Francis (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

2.  On September 26, 2017, the Court entered an order granting the Debtor's motion to convert the case to Chapter 11.

3.  On March 20, 2018 the Court entered an order converting the case to Chapter 7.

4.  On March 21, 2018 the Trustee was appointed as the Chapter 7 Trustee of the bankruptcy estate of the Debtor.

5.  The Trustee seeks the entry of an Order authorizing the employment of the law firm of Murtha Cullina LLP ("Murtha Cullina") as his counsel in this case, with such compensation and reimbursement of out-of-pocket expenses as this Court may allow.

9125814v1