UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Paul Francis

**Case/AP Number** 17-12708 **-FJB**
**Chapter** 7

#107 Motion filed by Creditor HSBC Bank USA National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2006-AF1 for Relief from Stay Re: 26 Wentworth Terr Dorchester Center, MA Fee Amount $181, Objections due by 05/1/2018. (Ryan-Polczinski, Joshua)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied        _____Denied without prejudice        _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Movant is hereby granted relief from the automatic stay to exercise its rights as to the property and, until the Debtor receives a discharge, to preserve its rights as to a potential deficiency.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____ Dated: 05/03/2018
Frank J. Bailey
United States Bankruptcy Judge