# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF
## MASSACHUSETTS EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| PAUL FRANCIS, | ) | CHAPTER 7 |
| | ) | CASE NO. 17-12708-FJB |
| Debtor. | ) | |
| | ) | |

## RESPONSE TO:
## CHAPTER 7 TRUSTEE'S MOTION TO COMPEL PROOF OF INSURANCE

Debtor's Counsel hereby responds to the Chapter 7 Trustee's Motion To Compel the Debtor and/or the Debtor's non-debtor spouse provide proof of insurance for certain real estate known and numbered as 156 Norfolk Street, Boston, Massachusetts (the "Subject Real Estate") held as tenants by the entirety by the Debtor and the non-debtor spouse as follows:

In further support thereof, the Trustee states as follows:

1. Admits that on July 21, 2017, the Debtor filed a voluntary petition pursuant to Chapter 13 of *the Bankruptcy Code. [Docket No. 1]*.

2. Admits that on September 26, 2017, the Court entered an order granting the Debtor's motion to convert the case to Chapter 11. [Docket No. 46].

3. Admits that on March 20, 2018, the Court entered an order converting the case to Chapter 7. [Docket No. 88].

4. Admits that on March 21, 2018, the Trustee was appointed as the Chapter 7 Trustee of the bankruptcy estate of the Debtor. [Docket No. 93].

5. Admits that on April 10, 2018, the Trustee commenced an adversary proceeding against Ruth Francis (the "Defendant"), the non-debtor spouse, seeking authorization to sell the

Subject Real Estate pursuant to Section 363(h) of the Bankruptcy Code. [Bankr. D. Mass Adv. Pro. 18- 01041-FJB].

6. Admits that on April 3, 2018 the Debtor filed a Notice of Appeal of the conversion of the *Debtor's estate to the Bankruptcy Appellate Panel, however, the Debtor did not file a motion to stay pending appeal. [Docket No. 99]*.

7. Admits that the Debtor and his non-debtor spouse took title as tenants by the entirety to the Subject Real Estate by a deed recorded with the Suffolk County Registry of Deeds in Book 39446, Page 202 on or about April 21, 2006.

8. Admits that the Subject Real Estate consists of an income producing two-family Rental properties.

9. Admits that Schedule A, according to the Debtor, the value of his interest in the Subject Real Estate at $323,500.00.

10. Admits that the Debtor's interest in the Subject Real Estate constitutes property of The bankruptcy estate.

11. Admits that according to publically available records, the City of Boston has assessed the Subject Real Estate at value of $203,000.

12. Admits that the Subject Real Estate is mortgage free.

13. Admits that the only encumbrance on the Subject Real Estate is a tax taking dated December 13, 2016 for unpaid real estate taxes in the amount of $474.15 in favor of the City of Boston recorded against the Subject Real Estate in the Suffolk Registry of Deeds in Book 57515, Page 51.

14. Admits that there are tenants currently residing at the Subject Real Estate.

15. As Debtor has not, Debtor's Counsel has 'personally' undertaken the task to get the proof of insurance and has sent the same to the Chapter 7 Trustee.

16. The proof has been sent to the Chapter 7 Trustee by Debtor's Counsel.

.

WHEREFORE, Debtor's Counsel requests that this Court takes notice of this Response and for such further relief the Court deems proper and just.

Respectfully submitted,

Respectfully Submitted by

Paul Francis,
Through Counsel,
/s/ Carmenelisa Perez-Kudzma (BBO#633520)
Perez-Kudzma Law Office, P.C
413 Boston Post Road, Weston, MA 02493
Tel: (781) 209-5596; Fax 978-505-3333

Dated: July 16, 2018

## **CERTIFICATE OF SERVICE**

I, Carmenelisa Perez-Kudzma, hereby certify that this document was filed through the Court's ECF System and will be sent electronically to the registered participants including the Chapter 7 Trutsee, John Desmond on July 16, 2018.

*/s/ Carmenelisa Perez-Kudzma*