**DWELLING PROPERTY RENEWAL POLICY DECLARATIONS CERTIFICATE**
**MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION**
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (800)932-6717

POLICY NUMBER

POLICY PERIOD
From 8/29/2017 To 8/29/2018
12:01 AM Standard time at the described location.

NAMED INSURED & MAILING ADDRESS
PAUL & RUTH FRANCIS
410 HIGHLAND ST
MILTON, MA    02186

PRODUCER
EDWARD L. WARREN INSURANCE AGENCY, INC.
764 BLUE HILL AVE.
DORCHESTER, MA    02124

Described Location:
156-156A NORFOLK ST., DORCHESTER, MA    02124

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions.
This insurance applies to the Described Location, Coverage for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated.

| COVERAGES: | LIMIT OF LIABILITY | PERILS INSURED AGAINST: | PREMIUM |
|---|---|---|---|
| A Dwelling | $325,000 | FIRE | $756 |
| D Fair Rental Value | $12,000 | EXTENDED COVERAGE | $336 |
| | | VANDALISM OR MALICIOUS MISCHIEF | $30 |
| | | **TOTAL BASE PREMIUM** | **$1,122** |

**DEDUCTIBLE: $500 ALL PERILS   EXCEPT   $2,000   FOR WINDSTORM OR HAIL.**
We cover only that part of the loss over the deductible stated.

**FORM & ENDORSEMENTS** made part of this policy at the time of issue.

| | | | |
|---|---|---|---|
| DED ADJ | 12/96 | DEDUCTIBLE ADJUSTMENT | -$102 |
| DP 00 01 | 12/02 | BASIC FORM | |
| DP 01 20 | 6/04 | SPECIAL PROVISIONS - MASSACHUSETTS | |
| DP 04 22 | 12/02 | LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA  COVERAGE Limit: $10,000 | |
| DP 04 97 | 2/06 | TENANTS RELOCATION EXPENSE - MASSACHUSETTS Number of Rented Units: 2 | $8 |
| DP 05 38 | 11/03 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM; DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002 TERRORISM PREMIUM (CERTIFIED ACTS)    $0 | $0 |
| DP 16 10 | 1/09 | WATER EXCLUSION ENDORSEMENT | |
| DP FP | 12/09 | SPECIAL ENDORSEMENT | |
| TRIA DP | 1/04 | TERRORISM COVERAGE DISCLOSURE NOTICE (MUA) | |

TOTAL PREMIUM ADJUSTMENT    -$94
**TOTAL ANNUAL PREMIUM    $1,028**

RATING INFORMATION: 2 FAMILY   Tenant Occupied         Frame               TERRITORY 11   PROTECTION 01

This policy shall not be valid    Boston,
unless countersigned by us:    Massachusetts        8/28/2017        Countersigned:  [signature]

**UMADWCR**                        Dwelling - MA                        **INSURED COPY**