UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Paul Francis                                    **Case/AP Number** 17-12708 **-FJB**
                                                           **Chapter** 7

#154 Motion filed by Creditor U.S. Bank National Association as Trustee for the Holders of the JPMorgan Alternative Loan Trust 2006-S3 Mortgage Pass-Through Certificates to Approve [Re: [153] Stipulation]

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied      _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: No objection having been filed, the stipulation is hereby approved. Accordingly, effective September 5, 2018, U.S. Bank National Association as Trustee for the Holders of the JPMorgan Alternative Loan Trust 2006-S3 Mortgage Pass-Through Certificates is granted relief from the automatic stay to exercise its rights as to the real property located at 37 Wolcott Street, Boston, Massachusetts, and this grant of relief from the automatic stay shall not be subject to the stay in Fed. R. Bankr. P. 4001(a)(3).

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____Dated: 08/06/2018
Frank J. Bailey
United States Bankruptcy Judge