**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Paul Francis

**Case/AP Number** 17-12708 **-FJB**
**Chapter** 7

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER TO SHOW CAUSE:  The debtor, Paul Francis, having twice been ordered to file a statement of his intent and either a statement of his postpetition creditors or a statement that he has none [doc. nos. 91 and 144]; it appearing from the Court's records that both orders were transmitted electronically to debtor's counsel and mailed to the debtor himself; and the debtor having failed to file timely (or at all) the required documents; under 11 U.S.C. § 727(a)(6)(A), refusal to obey a lawful order of the court being reason to deny the debtor a discharge in chapter 7; and it appearing that the debtor has refused to obey the above orders of the Court; the debtor is hereby ORDERED TO SHOW CAUSE in writing, with supporting affidavit(s), why he should not be denied a discharge for refusal to obey a lawful order of the court.  The debtor's response to this order shall be filed on or before August 27, 2018.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 08/13/2018
Frank J. Bailey
United States Bankruptcy Judge