## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | |
| | ) | |
| PAUL FRANCIS, | ) | CHAPTER 7 |
| | ) | CASE NO. 17-12708-FJB |
| Debtor. | ) | |
| | ) | |

### AMENDED NOTICE OF INTENDED PUBLIC SALE OF REAL PROPERTY

**THE PROPOSED SALE WILL TAKE PLACE ON:  May 22, 2019 at 1:00 P.M.**

**ANY OBJECTION MUST BE MADE BY** __April 23, 2019__ by 4:30 P.M.

**NOTICE** is hereby given, pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1, that John O. Desmond, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Paul Francis (the "Debtor") intends to sell at public sale the Trustee's right, title and interest in certain real property of the bankruptcy estate which is described below.

**PROPERTY TO BE SOLD:**

The asset to be sold consists of real property owned by the Debtor and his non debtor spouse Ruth Francis, located at 156 Norfolk Street, Dorchester, Massachusetts and further described in a deed dated April 21, 2006 and recorded at the Suffolk Registry of Deeds at Book 39446, Page 202 (the "Subject Real Estate").  The Bankruptcy Court entered a judgment authorizing the Trustee to sell the Subject Real Estate free and clear of Ruth Francis' interest in Adversary Proceeding no. 18-1041 on March 18, 2019.

**THE AUCTION:**

The Subject Real Estate will be sold at a live public auction conducted by Paul E. Saperstein Co. (the "Auctioneer") to be held at **156 Norfolk Street, Dorchester, Massachusetts on May 22, 2019 at 1:00 P.M.** or at a date and time thereafter (the "Auction").[1]

The website address of the Auctioneer is: www.pesco.com

The proposed sale procedures are more particularly described in the Trustee's Amended Motion for Authority to Sell Real Property By Way of Public Auction (the "Motion to Sell"), a copy of which is available at no charge upon request from the undersigned or on the website of the Bankruptcy Court: www.mab.uscourts.gov.  The Trustee reserves the right to reject any and all

---

[1] Interested parties should contact the Auctioneer to confirm the date and time of the Auction.

9884078v1

bids if he deems such action to be in the best interest of the bankruptcy estate.

The successful bidder for the Subject Real Estate will be required to deliver a deposit to the Trustee just prior to the commencement of the Auction.  Interested parties should contact the Auctioneer about this and other terms of the Auction.  The successful bidder will be required to sign a memorandum of sale at the conclusion of the Auction and will be required to close on the sale of the Real Property within 20 days of the Auction.  The deposit will be forfeited to the bankruptcy estate if the successful purchaser fails to complete the sale within 20 days of the Auction.  If the sale is not completed by the successful bidder, the Trustee, without further hearing or approval from this Court, may sell the Real Property to the next highest bidder.  The Trustee reserves the right to amend or alter the terms of the Auction.

The Trustee reserves the right to reject any and all bids and to remove the Real Property from the Auction if he deems such action to be in the best interest of the bankruptcy estate.

**SALE FREE AND CLEAR OF LIENS:**

The Subject Real Estate will be sold free and clear of all liens, claims, encumbrances and interests, with such perfected, enforceable valid liens, claims, encumbrances and interests, if any, attaching to the proceeds of the sale to the extent and in the same order of priority as such liens, claims, encumbrances and interests attached to the Subject Real Estate pursuant to the state law.

THE SALE IS "AS IS" AND "WHERE IS" WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND, AND EXPRESSLY EXCLUDES ANY WARRANTY OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**OBJECTIONS:**

Any and all objections to the sale must be filed in writing with the Clerk, United States Bankruptcy Court for the District of Massachusetts John W. McCormack Post Office and Courthouse, 5 Post Office Square, Boston, MA 02109 and copies thereof delivered to the undersigned on or before  April 23, 2019  at **4:30 PM**.  Any objection shall state the Debtor's name, case number and, in addition, state what, if any, interest the party filing an objection has in the case and state with particularity the grounds for the objection and why the intended sale should not be authorized.  Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

**HEARING:**

A hearing on objections and the Motion to Approve Sale is scheduled to take place on May 21,2019    at   9:30            AM/PM before the Honorable Frank J. Bailey, United States Bankruptcy Judge, John W. McCormack Post Office & Courthouse, 5 Post Office Square, 12th Floor, Boston, MA 02109.  At the hearing on approval of the sale the Court may determine further terms and conditions of the sale. Any party who has filed an objection is expected to be present at the hearing, failing which the objection may be overruled. The Court may take evidence at the hearing to resolve issues of fact. If no objection to the Motion to Approve Sale is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale

without a hearing.

JOHN O. DESMOND, CHAPTER 7 TRUSTEE
OF THE ESTATE OF PAUL FRANCIS

By his attorneys,

/s/     Anthony R. Leone
Thomas S. Vangel – BBO #552386
Anthony R. Leone - BBO #681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone:  617.457.4000
Facsimile:  617.482.3868
tvangel@murthalaw.com
aleone@murthalaw.com

Dated March  27 , 2019

9884078v1