UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

PAUL FRANCIS,

         Debtor.

CHAPTER 7
CASE NO. 17-12708-FJB

## CERTIFICATE OF SERVICE

I, Anthony R. Leone, hereby certify that on the 28th day of March, 2019, I served a copy of the *Amended Motion for Authority to Sell Real Property By Way of Public Auction Free and Clear of Liens* [Doc.190] and *Amended Notice of Intended Public Sale of Real Property* [Doc. 194] via first-class mail, postage prepaid, ECF transmission or by electronic mail upon the parties listed on the attached Service List as indicated.

/s/ Anthony R. Leone
Anthony R. Leone, Esq. BBO #681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
aleone@murthalaw.com

9900936v1

| | | |
|---|---|---|
| John Fitzgerald, Asst. U.S. Trustee*<br>Office of the US Trustee<br>J.W. McCormack P.O. & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA  02109 | Paul Francis<br>410 Highland Street<br>Milton, MA 02186 | Carmenelisa Perez-Kudzma, Esq.*<br>Perez-Kudsma Law Office<br>413 Boston Post Road<br>Weston, MA 02493 |
| John Houton, Esq.*<br>(Counsel for City of Boston Treasury Depart)<br>City of Boston<br>City Hall Room M-5<br>One City Hall Square<br>Boston, MA 02201 | Richard T. Mulligan, Esq.*<br>(Counsel for CitiMortgage, Inc.)<br>Harmon Law Office, P.C.<br>P.O. Box 610389<br>Newton Highlands, MA 02461-0345 | Marcus Pratt, Esq.*<br>(Counsel for U.S. Bank, as Trustee)<br>Korde & Associates, P.C.<br>90 Chelmsford Street, Suite 3102<br>Lowell, MA 01851 |
| David Yunghans, Esq.*<br>(Counsel for Bayview Loan Servicing LLC)<br>745 Boylston Street<br>Boston, MA 02116 | Bayview Loan Servicing  LLC<br>Bankruptcy Depart.<br>4425 Ponce De Leo Blvd., 5th Floor<br>Coral Gables, FL 33146-1837 | Citibank<br>P.O. Box 790034<br>St. Louis, MO 63179-0034 |
| CitiMortgage Inc<br>15851 Clayton Rd<br>Ballwin, MO 63011 | CitiMortgage, Inc.<br>P.O. Box 790005<br>Saint Louis, MO 63179-0005 | CitiMortgage, Inc.<br>P.O. Box 6030<br>Sioux Falls, SD 57117-6030 |
| City of Boston Treasury Department<br>Bankruptcy Coordinator<br>Boston City Hall Room M-5<br>One City Hall Square<br>Boston, MA 02201 | Ditech Financial LLC<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Korde & Associates, P.C.<br>900 Chelmsford St., Suite 3102<br>Lowell, MA 01851 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P. O. Box 9564<br>Boston, MA 02114-9564 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409 |
| Ruth Francis<br>410 Highland St<br>Milton, MA 02186 | The Bank Of New York Mellon Trustee<br>c/o Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146 | U.S. Bank National Association, as trustee<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 24605<br>West Palm Beach, FL 33416-4605 |
| Verizon by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650 | Office of the United States Trustee<br>537 Congress Street, Suite 300<br>Portland, ME 04101 |

*via Court's ECF system or electronic transmission*