**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Paul Francis

**Case/AP Number** 17-12708 -FJB
**Chapter** 7

#190 Amended [188] Motion for Sale of Property Re: 156 Norfolk Street, Dorchester, Massachusetts filed by Trustee John O. Desmond

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: No objection having been filed, and good cause having been stated, the Court hereby ORDERS as follows: (i) the Trustee is authorized to sell the Subject Real Estate by public sale free and clear of all liens, claims, encumbrances and interests with all liens, claims, encumbrances and interests attaching to the proceeds of the sale in the same order of priority as under applicable law; and (ii) the Trustee is further authorized to pay from the proceeds of the sale of the Subject Real Estate the following liens and expenses before the payment of any other established lien or interest: (a) Municipal taxes and any water, sewer, and other utility charges owed to the City of Boston; (b) capital gains taxes (if any) arising from the sale of the Subject Real Estate; and (c) closing costs and other usual and ordinary recording and/or settlement charges. The Court denies without prejudice the Trustee's further request for an order determining that the sale is in good faith; as the sale has not yet occurred, such a determination would at this juncture clearly be premature. The 5/21/2019 hearing on this motion is canceled as unnecessary.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

Dated: 04/26/2019

Frank J. Bailey
United States Bankruptcy Judge