MC Capital LLC or Nominee
7 Harvard Street
Brookline, MA 02445
Tel: (617)277-1166  Fax: (617)734-9303

*Via Facsimile & Hand Delivered*
John O. Desmond Esq.
5 Vigil Road Suite 30A
Framingham MA 01701

*Via First Class Mail*
Clerk, United States Bankruptcy Court
5 Post Offce Square Suite 1150
Boston, MA 02109

UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| | ) Chapter 7 |
| Paul Francis | ) Case No. **17-12708-FJB** |
| | ) |
| DEBTOR | ) |

TO THE CLERK OF THE HONORABLE COURT AND , John O. Desmond Esq.:

MC Capital, LLC or nominee wishes to offer the amount of Two Hundred and Ten Thousand and No/100 Dollars ($210,000) cash , no financing contingency for the Debtors real estate located at 156 Norfolk Street Dorchester Massachusetts subject to existing Purchase & Sale agreement between PCS Rsidential, LLC (Buyer) & Paul Francis(Seller).

In the event that the undersigned is not the successful purchaser the Trustee shall return said deposit within five days.

A Cashiers Check in the amount of Fifty Thousand and No/100 Dollars ($50,000) made payable to John O. Desmond, Esq.has been sent to Thomas Vangel Esq. of Murtha Cullna LLP.

Sincerely,
MC Capital, LLC

Kenneth L.Mackin, Manager

| | |
|---|---|
| **Santander** | **2204451** |
| Santander Bank, N.A. | 60-7269 / 2313 |
| | **OFFICIAL CHECK** |
| Memo: Deposit 156 Norfolk St, Boston | |
| $************50,000.00 | 07/30/2019 |
| Branch: 0628 | Void If Amount Over $************50,000.00 |

PAY TO THE ORDER OF  *** John O. Desmond, Trustee ***

Drawer: Santander Bank, N.A.

AUTHORIZED SIGNATURE

DRAWEE: SANTANDER BANK, N.A. ISSUED BY: SANTANDER BANK, N.A.

⑈2204451⑈ ⑆231372691⑆  7675763718⑈