## Counter Offer

U.S. BANKRUPTCY COURT

2019 JUL 30 P 3: 24

Case No.: **17-12708**
UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

07/30/2019

Property address: **156 Norfolk Street, Dorchester MA**


I, Kandaraj Krishnakumar, Manager of Cash Max Properties LLC hereby counter offer a sum of Two Hundred and Ten thousand ($210,000.00) in cash or certified check without any contingencies for the above mentioned property and case number. I further state that this offer subject to the same terms and conditions provided in the proposed Standard Purchase and Sale Agreement, other than the purchase price.

I am also attaching copies of the certified checks for $50,000.00.


Sincerely,

Kandaraj Krishnakumar, Manager
Cash Max Properties LLC
PO Box 42, Groton MA 01450
mkrealtyonline@gmail.com


CC:
Thomas S. Vangel – BBO #552386
Anthony R. Leone - BBO #681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone: 617.457.4000
Facsimile: 617.482.3868
tvangel@murthalaw.com
aleone@murthalaw.com

ORIGINAL CHECK HAS A VOID PANTOGRAPH AND IS PRINTED ON CHEMICAL REACTIVE PAPER. SEE BACK FOR ADDITIONAL FEATURES.

**DCU** **Digital Federal Credit Union**
PO Box 9130 • Marlborough, MA 01752-9130 • 508.263.6700

CO-OP SHARED BRANCH®

53-9182
2113

NO. 380029292

**TREASURER'S CHECK** - VOID AFTER 90 DAYS

| DATE | CHECK NUMBER | AMOUNT |
|------|-------------|--------|
| 07-30-19 | 380029292 | ***********50,000.00 |

Pay


EXACTLY☞ 50,000 dols 00 cts

To The
Order Of

JOHN O. DESMOND
CHAPTER 7 TRUSTEE
REF: 156 NORFOLK STREET
DORCHESTER COUNTER OFFER

James F. Regan
AUTHORIZED SIGNATURE    MP

⑈380029292⑈ ⑆2113918225⑆    918215⑈    30