PCS Residential Bid of $257,000.00 for 156 Norfolk Street

FILED IN OPEN COURT
8/6/19 AT 12:45
U.S BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
[signature]
DEPUTY CLERK