# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

**In Re:** Paul Francis

**Case/AP Number** 17-12708 **-FJB**

**Chapter** 7

#207 Motion filed by Trustee John O. Desmond for Sale of Property free and clear of liens under Section 363(f) Re: 156 Norfolk Street, Dorchester, Massachusetts. (Leone, Anthony)
#215 Bid/Counteroffer by Interested Party MC Capital LLC  (Desmond, John)
#216 Objection filed by the Debtor Paul Francis and Interested Party Ruth Francis. (Perez-Kudzma, Carmenalisa)
#217 Bid/Counteroffer by Interested Party Cash Max Properties, LLC.

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the motion is hereby allowed. The Trustee conducted a closed bid auction and a live auction in open court. The court approves the sale to the highest bidder John Paul Stomatos or his nominee in the amount of $275,000.00 on behalf of PCS Residential. The Trustee may sell to the second highest bidder, Kandaraj Krishnakumar for Cashmax Properties, LLC should the sale to the highest bidder not close.

As stated fully on the record with detailed findings of fact at the conclusion of the hearing, the debtor's objections are overruled.  The debtor was given the opportunity to offer live testimony and to cross examine the Trustee. The sale constituted a proper exercise of the Trustee's business judgment.  The debtor's arguments that the Trustee (a) failed to adequately market the property; (b) did not receive a price that was reflective of fair market value; and (c) that the notice of the auction was inadequate, were not supported by evidence.

IT IS SO ORDERED:

_Frank J Bailey_

_____    Dated: 08/06/2019
Frank J. Bailey
United States Bankruptcy Judge