**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| PAUL FRANCIS, | ) | CHAPTER 7 |
| | ) | CASE NO. 17-12708-FJB |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Anthony R. Leone, hereby certify that on the 15th day of April, 2020, I served a copy of

the *Notice of Hearing Re: (i) Application for Compensation and Reimbursement of Expenses*

*for John O. Desmond, Trustee Chapter 7 Trustee; (ii) First Interim Application of Murtha*

*Cullina LLP For Allowance of Fees and Expenses Incurred As Counsel to the Chapter 7*

*Trustee; (iii) Chapter 7 Trustee's Motion for an Order Allowing and Authorizing Payment of*

*Certain Interim Fee Applications; and (iv) Chapter 7 Trustee's Motion to Allocate Costs and*

*Expenses From Proceeds of Sale of Real Property Pursuant to Section 363(j)* via ECF

transmission on parties registered to receive electronic notice and via first-class mail, postage

prepaid upon the parties listed on the attached Service List.


/s/ Anthony R. Leone
Anthony R. Leone, Esq. BBO #681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
aleone@murthalaw.com

10685435v2

Ruth Francis
410 Highland St
Milton, MA 02186

Paul Francis
410 Highland Street
Milton, MA 02186

Carmenelisa Perez-Kudzma, Esq.
(Counsel to Paul Francis and Ruth
Francis)
Perez-Kudsma Law Office
35 Main Street, Suite 1
Wayland, Massachusetts 01778

Citibank
P.O. Box 790034
St. Louis, MO 63179-0034

CitiMortgage Inc
15851 Clayton Rd
Ballwin, MO 63011

Ditech Financial LLC
332 Minnesota St Ste 610
Saint Paul, MN 55101

CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117-6030

City of Boston Treasury Department
Bankruptcy Coordinator
Boston City Hall Room M-5
One City Hall Square
Boston, MA 02201

Massachusetts Department of Revenue
Bankruptcy Unit
P. O. Box 9564
Boston, MA 02114-9564

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

U.S. Bank National Association, as trustee
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-8650

Verizon by American InfoSource LP as
agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

The Bank Of New York Mellon Trustee
c/o Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146

CitiMortgage, Inc.
P.O. Box 790005
Saint Louis, MO 63179-0005